UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| John Demos,<br><br>                    Plaintiff,<br><br>       v.<br><br>Dominion Voting Systems et al.,<br>                    Defendants. | No. 2:21-cv-00110-RAJ-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff is under a pre-filing bar order. Plaintiff does not meet § 1915(g)'s imminent danger requirement. The application to proceed *in forma pauperis* (Dkt. 1) is denied and this action is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this ____ day of enter a date..

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Richard A. Jones
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1