# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

John Demos,

      Plaintiff,

  v.

Dominion Voting Systems et al.,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   2:21-cv-00110-RAJ-DWC

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. Plaintiff's application to proceed *in forma pauperis* is denied (Dkt. 1) and this case is DISMISSED WITHOUT PREJUDICE.

Dated this _____ day of Pick date..

WILLIAM M. MCCOOL
Clerk

_____

Deputy Clerk